IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH HENKEL, | : | CIVIL NO. 3:20-CV-359 |
| Plaintiff, | : | |
| v. | : | (SAPORITO, M.J.) |
| HOME DEPOT U.S.A., INC. | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 4th day of November, 2020, the above-captioned action having been settled, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED,** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: November 4, 2020